514

47 So.2d 290

### Phillip FORD v. CITY OF BIRMINGHAM.
### 6 Div. 82.

Supreme Court of Alabama.
June 30, 1950.

Wm. Conway, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

LAWSON, Justice.

Petition of Phillip Ford for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ford v. City of Birmingham, Ala.App., 47 So.2d 287.

Writ denied.

BROWN, FOSTER, LIVINGSTON, SIMPSON and STAKELY, JJ., concur.

48 So.2d 769

### Ernest FLUKER v. CITY OF BIRMINGHAM.
### 6 Div. 85.

Supreme Court of Alabama.
Nov. 2, 1950.

Rehearing Denied Nov. 30, 1950.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown and J. M. Breckenridge, Asst. City Attys., of Birmingham, opposed.

FOSTER, Justice.

Petition of Ernest Fluker for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Fluker v. City of Birmingham, Ala.App., 48 So.2d 768.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and we are of the opinion that the petition is without merit.

Writ denied.

LAWSON, SIMPSON and STAKELY, JJ., concur.

48 So.2d 770

### Johnnie K. SEALS, alias v. CITY OF BIRMINGHAM.
### 6 Div. 97.

Supreme Court of Alabama.
Nov. 2, 1950.

Rehearing Denied Nov. 30, 1950.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown, and J. M. Breckenridge, Asst. City Attys., of Birmingham, opposed.

LAWSON, Justice.

Petition of Johnnie K. Seals for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Seals, alias v. City of Birmingham, Ala.App., 48 So.2d 770.

Writ denied.

FOSTER, SIMPSON and STAKELY, JJ., concur.

48 So.2d 770

### Mary DORSEY v. CITY OF BIRMINGHAM.
### 6 Div. 96.

Supreme Court of Alabama.
Nov. 2, 1950.

Rehearing Denied Nov. 30, 1950.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown and J. M. Breckenridge, Asst. City Attys., of Birmingham, opposed.

SIMPSON, Justice.

Petition of Mary Dorsey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Dorsey v. City of Birmingham, Ala.App., 48 So.2d 770.

Writ denied.

FOSTER, LAWSON and STAKELY, JJ., concur.